U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION**

AUG 23 2024

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 322-011 |
| | * | |
| TRAMAINE LYLES | * | |

## O R D E R

Defendant Tramaine Lyles has moved to reduce his sentence based upon Amendment 821 to the United States Sentencing Guidelines.   In particular, Defendant believes Part A of the Amendment, which provides a retroactive adjustment for offenders whose criminal history was impacted by "status points" under U.S.S.G. § 4A1.1, is applicable.  Defendant, however, did not have status points added to the criminal history computation.[1]   (PSI, Doc. No. 513, ¶ 34.) Amendment 821 therefore affords him no relief.  Defendant's motion for reduction of sentence (doc. no. 649) is **DENIED**.

ORDER ENTERED at Augusta, Georgia, this 23rd day of August, 2024.

UNITED STATES DISTRICT JUDGE

---

[1] Defendant's criminal history score is 12 based only upon his prior conviction record.